UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE CURLY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 16-cv-11240-IT |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | * |
| | * |
| Defendant. | * |

ORDER

June 16, 2017

TALWANI, D.J.

After considering the Magistrate Judge's May 30, 2017, Report and Recommendation [#23], and noting that there have been no objections, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#23] for the reasons set forth therein. Accordingly, Defendant Commissioner of Social Security's Motion to Affirm the Commissioner's Decision [#19] is DENIED, Plaintiff Katherine Curley's Motion to Reverse [#15] is GRANTED to the extent that the Commissioner's finding of not disabled is VACATED, and the case is REMANDED for further consideration as set forth in the Report and Recommendation [#23].

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge